AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Jan 6 2026
Clerk, U.S. District Court
Western District of Texas

By: ____MG____
　　　　Deputy

**USA** §
　　　　　　　　　　　　　　　§ **CRIMINAL COMPLAINT**
vs.　　　　　　　　　　　　§ CASE NUMBER: **EP:26-M -00081(1)  ATB**
　　　　　　　　　　　　　　　§
**(1) FIDENCIO ISMAEL CORDOVA-VASQUEZ** §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 04, 2026** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *" In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

　　　　　　　　　　　　　　　　　　　　　　　　　/S/ ESPARZA, ERIC
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Complainant
　　　　　　　　　　　　　　　　　　　　　　　　　Border Patrol Agent

January 6, 2026　　　　　　　　　　　　　at   EL PASO, Texas
File Date　　　　　　　　　　　　　　　　　　　City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　　　　　**OATH TELEPHONICALLY SWORN**
　　　　　　　　　　　　　　　　　　　　　　　　　**AT 01:11 P.M.**
　　　　　　　　　　　　　　　　　　　　　　　　　**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:26-M -00081(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) FIDENCIO ISMAEL CORDOVA-VASQUEZ**

*FACTS   (CONTINUED)*

557.

The DEFENDANT, Fidencio Ismael CORDOVA-Vasquez, an alien to the United States and a citizen of Guatemala was found approximately 2.60 miles west of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on 11/22/2024 through San Antonio, Tx.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

IMMIGRATION HISTORY:

**The DEFENDANT has been deported 3 time(s), the last one being to GUATEMALA on November 22, 2024, through SAN ANTONIO, TX**

CRIMINAL HISTORY:

**08/16/2023, HAMILITON COUNTY INDIANA, OPERATING MOTOR VEHICLE, NO LICENSE(M), CNV, 60 DAYS JAIL.**